1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  Karen A. Braje (State Bar No. 193900)
   James M. Neudecker (State Bar No. 221657)
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA  94604-2084

7  Telephone:    510.763.2000
   Facsimile:    510.273.8832
8

9  Attorneys for Defendant
   Eli Lilly and Company, a corporation

10

11                  UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13  AMY SHELLE and KEVIN SHELLE          No. C 05-04904 JSW

14            Plaintiffs,               Before the Honorable Jeffrey S. White

15      vs.                            **[PROPOSED] ORDER CONTINUING
                                        CASE MANAGEMENT CONFERENCE**
16  ELI LILLY AND COMPANY,

17            Defendant.                Conference Date:   March 3, 2006 (*Tentative*)
                                        Conference Time:   1:30 p.m.
18                                      Location:          Courtroom 2

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    For the reasons set forth in the parties' Joint Case Management Conference Statement, the

2    Court hereby continues the March 3, 2006 Case Management Conference ("CMC") to

3    June 2, 2006 _____, at 1:30 p.m.  In the event this case is not transferred to the Honorable Claudia

4    Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Products*

5    *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

6    Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

7

8    **IT IS SO ORDERED**

9

10   DATED: ___March 1, 2006_____

11   _____

12   The Honorable Jeffrey S. White

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No.: C 05-04904 JSW                                    — 2 —

[Proposed] Order Continuing Case Management Conference